UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 08 2022
TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:22CR 00027 KGB |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| LAKEVIN CHIRON MCDONALD | ) | 21 U.S.C. § 841(b)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 6, 2020, in the Eastern District of Arkansas, the defendant,

LAKEVIN CHIRON MCDONALD,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2

On or about August 16, 2020, in the Eastern District of Arkansas, the defendant,

LAKEVIN CHIRON MCDONALD,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

3

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 or 2 of this Indictment, the defendant, LAKEVIN CHIRON MCDONALD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 or 2 of this Indictment, the defendant, LAKEVIN CHIRON MCDONALD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 or 2 of this Indictment, the defendant, LAKEVIN CHIRON MCDONALD, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.